UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO CO. SHERIFF, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0787 DAD DB<br><br>FINDINGS & RECOMMENDATIONS |

　　　　Plaintiff, acting pro se, filed this civil rights action on April 26, 2023 when she was incarcerated at the Solano County Jail.  An order served on plaintiff on July 25, 2023, was returned by the postal service.  The Solano County Sheriff notified the court that plaintiff was no longer in custody.  (ECF No. 7.)  When plaintiff did not file a change of address as required by Local Rule 183(b), on December 1, 2023, the court dismissed this action for plaintiff's failure to prosecute and to comply with the local rules.

　　　　On January 12, 2024, plaintiff filed a request to reopen this case.  She explains that she was unable to keep up with this case during the latter part of 2023 because she had several surgeries which required extended periods of rehabilitation.  (ECF No. 11.)  Plaintiff also filed a change of address.  (ECF No. 12.)

　　　　This court finds plaintiff has demonstrated inadvertence and excusable neglect justifying relief from the final judgment under Federal Rule of Civil Procedure 60(b)(1).

1

Accordingly, IT IS RECOMMENDED that this case be reopened. See Fed. R. Civ. P. 60(b)(1).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 8, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/dail0787.reopen fr