UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY SHERIFF, et al.,<br><br>  Defendants. | No. 2:23-cv-00787-DAD-DB<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO REOPEN THIS CASE<br><br>(Doc. No. 11, 13) |

Plaintiff Sharon Dailey is an individual proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request to reopen this case (Doc. No. 11) be granted. (Doc. No. 13 at 1–2.) Specifically, the magistrate judge concluded that plaintiff's spinal surgeries requiring an extended period of rehabilitation constituted inadvertence and excusable neglect justifying relief from the final judgment under Federal Rule of Civil Procedure 60(b)(1). (*Id.*)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To

/////

1

date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 9, 2024 (Doc. No. 13) are adopted in full;
2. Plaintiff's motion to reopen this case (Doc. No. 11) is granted;
3. The Clerk of the Court is directed to reopen this case; and
4. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2