UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLANO COUNTY SHERIFF, et al.,<br><br>   Defendants. | No.  2:23-cv-0787 DAD DB P<br><br><br>ORDER |

Plaintiff, a former county inmate proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  In July 2023, this court granted plaintiff's motion to proceed in forma pauperis and, upon screening, found plaintiff alleged no claims for relief cognizable under section 1983.  (ECF No. 5.)  The complaint was dismissed with leave to amend.

The court's order was returned by the Postal Service because plaintiff was no longer in custody and plaintiff had not provided the court with a new address.  In December 2023, the court dismissed this action without prejudice due to plaintiff's failure to prosecute it.  (ECF No. 9.)  Shortly thereafter, plaintiff filed a change of address and asked that the case be reopened.  That request was granted.  (ECF No. 14.)

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that within thirty days plaintiff shall file a first
2 amended complaint as set out in the court's July 25, 2023 order.
3 Dated: March 27, 2024

                                                                DEBORAH BARNES
                                                                UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/dail0787.reopen LTA