UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLANO CO. SHERIFF, et al.,<br><br>        Defendants. | No.  2:23-cv-0787 DAD DB<br><br>FINDINGS & RECOMMENDATIONS |

        Plaintiff, a former inmate at the Claybank Detention Facility in Solano County, filed this civil rights action under 42 U.S.C. §1983.  On screening, this court found plaintiff failed to state any cognizable claims for relief.  (ECF No. 5.)  Plaintiff was given the opportunity to file an amended complaint.  After plaintiff failed to file a timely amended complaint, the court dismissed this action without prejudice for plaintiff's failure to prosecute.  (ECF No. 9.)  Plaintiff sought reconsideration of that order and, on March 14, 2024, this case was reopened and plaintiff was ordered to file a first amended complaint by April 26.  (ECF Nos. 13, 14.)

        The deadline for plaintiff's first amended complaint expired over a month ago.  Plaintiff has not filed a first amended complaint or any other documents during that time.  Accordingly, this court again finds that plaintiff has failed to prosecute this action.  In addition, plaintiff has failed to comply with this court's orders.  Both failures are grounds for dismissal without prejudice.  See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

Accordingly, IT IS RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 29, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/dail0787.fta fr(2)

2