1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHARON N. DAILEY,                          No.  2:23-cv-00787-DAD-DB (PC)

12              Plaintiff,

13        v.                                     ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14   SOLANO COUNTY SHERIFF, et al.,              THIS ACTION

15              Defendants.                      (Doc. No. 16)

16

17        Plaintiff Sharon N. Dailey is a former county inmate proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

20        On May 30, 2024, the assigned magistrate judge issued findings and recommendations

21   recommending that this action be dismissed, without prejudice, due to plaintiff's failure to obey a

22   court order and failure to prosecute this action.  (Doc. No. 16.)  Those findings and

23   recommendations were served on plaintiff and contained notice that any objections thereto were

24   to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections have been

25   filed, and the time in which to do so has now passed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

27   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

28   pending findings and recommendations are supported by the record and proper analysis.

                                            1

Accordingly,

1.      The findings and recommendations issued on May 30, 2024 (Doc. No. 16) are adopted in full;

2.      This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action; and

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 12, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2